FILED

MAY 09 2007

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MPDK, LLC,<br>                 Debtor.<br><br>SWX, LLC,<br>                 Movant,<br>vs.<br>MPDK, LLC,<br>                 Respondent. | Chapter 11<br><br>No. 4:06-bk-01602-JMM<br><br>**MEMORANDUM DECISION** |

On May 8, 2007, the motion for stay relief or to prohibit or condition use of cash or other collateral, filed by SWX, LLC, came on for hearing. After review of the evidence and the law, the court issues its findings of fact and conclusions of law.

## **FINDINGS OF FACT**

1. This is a matter of contract. The relationship between SWX, LLC ("Lessor"), and the Debtor is a lease relationship (Ex. 1). It was executed December 24, 2003. There is no option to purchase contained within that document. All prior communications between the parties were superceded by Exhibit 1. (See Ex. 1 at para. 19(xi).)

2. The Debtor defaulted on the lease payments in late November, 2006.

3. All of the Lessor's property (with a few exceptions noted hereafter) has been returned to the Lessor.

4. The Lease (Ex. 1) has not been assumed.

5. The Debtor still retains the telephone number (520-320-1495), and four computers and their attendant software.

6. The items described in paragraph 5 are owned by the Lessor and constitute part of the property leased to the Debtor.

7. The Debtor's plan of reorganization contains no discussion about, nor treatment of, SWX, LLC (Dkt. #172).

## CONCLUSIONS OF LAW

A. A debtor may not pick and choose which leased items it wishes to accept or reject.

B. A lease, if assumed, must be assumed with all its burdens as well as its benefits.

C. In the event of rejection, a lessor is entitled to a return of its leased property.

D. Because the Debtor has rejected the Lease signed on December 24, 2003, the Debtor shall return or make available to the Lessor all of the property described in paragraph 5.

## RULING

The SWX, LLC motion to dissolve the stay and to condition or prohibit the future use of leased property is GRANTED. Counsel for SWX shall lodge an appropriate form of order.

DATED: May 9, 2007.

JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

2

COPIES served as indicated below
this 9th day of May, 2007, upon:

Eric Slocum Sparks
Law Office of Eric Slocum Sparks, P.C.
110 South Church Ave., #2270
Tucson, AZ 85701-3031
Attorneys for Debtor
Email eric@ericslocumsparkspc.com

Paul M. Weich
Law Offices of Paul Weich
4802 E. Ray Road, Suite 23-541
Phoenix, AZ 85004
Attorneys for SWX, LLC
Email Paul.Weich@azbar.org

Jonathan E. Hess
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1607
Email Jon.E.Hess@usdoj.gov


By /s/ M. B. Thompson
    Judicial Assistant

3

Case 4:06-bk-01602-SHG    Doc 182    Filed 05/09/07    Entered 05/10/07 13:54:21    Desc
Main Document    Page 3 of 3